■ MARION L. DI GIULIO, Respondent, v. HUGO DI GIULIO, Appellant.— Final judgment reversed on the law and facts and the issues raised on the account remitted to the Special Term for a new trial. Memorandum: The final judgment herein cannot be sustained in the absence of a decision or finding and conclusions by the Official Referee as required by section 440 of the Civil Practice Act. We do not condone the action of appellant's counsel in his consistent neglect to recognize his obligation to proceed with the trial of these issues. No sufficient showing has been made that the other court engagements of counsel justified his persistent failure to conclude the trial of this matter. The new trial should proceed without further delay. All concur. (Appeal from final judgment and order of Erie Supreme Court for plaintiff in an action to impress a trust.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY RUDY, SR., Appellant.— Motion for reargument denied. Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ In the Matter of the BAR ASSOCIATION OF ERIE COUNTY, Petitioner. ALEXANDER TAYLOR, Respondent.— Report of Official Referee confirmed. Order of disbarment entered. *Per Curiam*. In this disciplinary proceeding respondent was charged with 16 separate acts of professional misconduct. The Referee, following lengthy hearings, has found respondent guilty of 10 of these charges. These findings include neglect of the interests of respondent's clients, failure to account to clients for funds in his possession and in some instances conversions thereof. The findings of the Referee are amply supported by the record. Accordingly, the report is confirmed and the respondent is found guilty of professional misconduct. The respondent has previously been found guilty of professional misconduct and censured (*Matter of Taylor*, 279 App. Div. 1135). The respondent should be disbarred from the practice of law. All concur. Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ EDMUND A. SCHILLAWSKI et al., Appellants, v. STATE OF NEW YORK, Respondent. S. E. B. HOLDING CORP., Respondent.— Motion to argue cases together at September 1959 Term denied and cases set down for argument on May 14, 1959; respondent's time to file brief extended to June 1, 1959, reply briefs, if any, to be filed within a week thereafter. (Order entered May 13.)